UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT ZACCARDI,<br><br>   Petitioner,<br><br> v.<br><br>E. ARNOLD,<br><br>   Respondents. | No. 2:17-cv-1405 MCE KJN P<br><br>FINDINGS AND RECOMMENDATIONS |

   Petitioner is a former state prisoner challenging the 2015 denial of parole. By order filed January 29, 2019, petitioner was ordered to show cause, within twenty-one days, why this action should not be dismissed. Petitioner was warned that failure to timely show cause would result in a recommendation that this action be dismissed as moot. (ECF No. 30 at 3.) The twenty-one day period has now expired, and petitioner has not shown cause or otherwise responded to the court's order.

   IT IS HEREBY RECOMMENDED that this action be dismissed as moot, without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

   These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

"Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: February 28, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/zacc1405.fsc